UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: § Case No. 07-16591
§
HENRY SHIELDS §
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor(s) filed a petition under chapter 7 of the United States Bankruptcy Code on 09/12/2007. The undersigned trustee was appointed on 09/12/2007.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor(s) as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                          $8,033.76

   Funds were disbursed in the following amounts:

   Administrative expenses                                                          $12.71
   Payments to creditors                                                            $0.00
   Non-estate funds paid to 3rd Parties                                        $0.00
   Payments to the debtor(s)                                                        $0.00

   Leaving a balance on hand of[1]                                                  $8,021.05

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of additional interest

     6. The deadline for filing claims in this case was 01/01/1900. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,553.38. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $1,553.38, for a total compensation of $1,553.38. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 07/16/2010        By:  /s/ Horace Fox, Jr.
                                 Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Case 07-16591    Doc 30    Filed 07/16/10    Entered 07/16/10 15:09:56    Desc Main
Document    Page 3 of 12

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1                    Exhibit A

| Case No.: | 07-16591 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | SHIELDS, HENRY | Date Filed (f) or Converted (c): | 09/12/2007 (f) |
| For the Period Ending: | 7/16/2010 | §341(a) Meeting Date: | 10/15/2007 |
| | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 11003 S. Parkside Chicago Ridge, IL 60415-2430 Single family residence | $272,000.00 | $0.00 | DA | $8,000.00 | FA |
| 2 | Checking account | $150.00 | $0.00 | DA | $0.00 | FA |
| 3 | 7 rooms of furniture; 2 bedroom sets, living room set, dining room set, 3 televisions | $5,000.00 | $1,150.00 | DA | $0.00 | FA |
| 4 | men's clothing | $200.00 | $0.00 | DA | $0.00 | FA |
| 5 | Fishing equipment | $400.00 | $400.00 | DA | $0.00 | FA |
| 6 | Workers Compensation Claim | Unknown | Unknown | DA | $0.00 | FA |
| 7 | Personal Injury Claim | Unknown | Unknown | DA | $0.00 | FA |

**Asset Notes:** Claim could be worth more than exemption. Need detail. Debtor is deceased. PI claim aggravated a previously injury. There is no evidence deposition. Only witnesses are Mexican national who may be out of the country and employee.

| 8 | 2002 Chevrolet Camaro 13,000 miles Co-owned with son John Garcia | $20,725.00 | $0.00 | DA | $0.00 | FA |
| 9 | lawnmower, snowblower | $200.00 | $200.00 | DA | $0.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $33.76 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                          **Gross Value of Remaining Assets**

$298,675.00         $1,750.00              $8,033.76         $0.00

**Major Activities affecting case closing:**

Debtor has agreed to purchase the estate's equity in his residence. File motion to approve. Debtor purchased the estates interest in his residence at 11003 Parkside Avenue Chicago Ridge 60415. Recieved and deposited the funds.

Called debtor's attorney re info on PI case again.

Do not need acct. No taxable event.

Debtor is deceased. Got number and name of pi attorney to evaluate that claim, Ron Loras 312-782-0041. Faxed letter requesting evaluation of pi case to Mr. Loras fax # 641-0124. 10.30.08

Updated File up to 7/15/08. Review claims.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2                                                              Exhibit A

| **Case No.:** | 07-16591 | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | SHIELDS, HENRY | **Date Filed (f) or Converted (c):** | 09/12/2007 (f) |
| **For the Period Ending:** | 7/16/2010 | **§341(a) Meeting Date:** | 10/15/2007 |
| | | **Claims Bar Date:** | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Review claims.

Hire Lois West, accontant. 3.30.10
Assests collected.  Examine claims. Hire accountant.
Asked Lois West to represent me.  No need to file objection. 5.27.10 Accountant hired.
6.26.10 Ready to prepare final report, taxes prepared and filed.

**Initial Projected Date Of Final Report (TFR):**    06/30/2010            **Current Projected Date Of Final Report (TFR):**    06/30/2010

FORM 2

Page No: 1  Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-16591 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | SHIELDS, HENRY | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8580 | | Checking Acct #: | ******6591 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/12/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/16/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/02/2009 | | Transfer From # ******6591 | Transfer For Bond Payment | 9999-000 | $5.83 | | $5.83 |
| 04/02/2009 | | Transfer From # ******6591 | Transfer For Bond Payment | 9999-000 | $5.83 | | $11.66 |
| 04/02/2009 | | Transfer To Acct#******6591 | | 9999-000 | | $5.83 | $5.83 |
| 04/02/2009 | 2001 | International Sureties, LTD. | Bond Payment | 2300-000 | | $5.83 | $0.00 |
| 04/02/2009 | 2001 | VOID: International Sureties, LTD. | | 2300-003 | | ($5.83) | $5.83 |
| 04/02/2009 | 2002 | International Sureties, LTD. | Bond Payment | 2300-000 | | $5.83 | $0.00 |
| 04/28/2010 | | Transfer From # ******6591 | Transfer For Bond Payment | 9999-000 | $6.88 | | $6.88 |
| 04/28/2010 | 2003 | International Sureties, LTD. | Bond Payment | 2300-000 | | $6.88 | $0.00 |

|  |  | TOTALS: | $18.54 | $18.54 | $0.00 |
|---|---|---|---|---|---|
| | | Less: Bank transfers/CDs | $18.54 | $5.83 | |
| | | Subtotal | $0.00 | $12.71 | |
| | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | Net | $0.00 | $12.71 | |

| For the period of 9/12/2007 to 7/16/2010 | | For the entire history of the account between 03/31/2008 to 7/16/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $18.54 | Total Internal/Transfer Receipts: | $18.54 |
| | | | |
| Total Compensable Disbursements: | $12.71 | Total Compensable Disbursements: | $12.71 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12.71 | Total Comp/Non Comp Disbursements: | $12.71 |
| Total Internal/Transfer Disbursements: | $5.83 | Total Internal/Transfer Disbursements: | $5.83 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-16591 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | SHIELDS, HENRY | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8580 | | | Money Market Acct #: | ******6591 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 9/12/2007 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/16/2010 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/07/2008 | (1) | Lourdes Mancera C/O Deborah K.Ebner | Real Estate Address: 11003 S. Parkside Chicago Ridge,IL 60415 | 1110-000 | $8,000.00 | | $8,000.00 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $2.69 | | $8,002.69 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $3.17 | | $8,005.86 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $3.11 | | $8,008.97 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $2.63 | | $8,011.60 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $2.71 | | $8,014.31 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $2.63 | | $8,016.94 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $2.52 | | $8,019.46 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $2.04 | | $8,021.50 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $1.97 | | $8,023.47 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $1.56 | | $8,025.03 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.03 | | $8,026.06 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.86 | | $8,026.92 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.68 | | $8,027.60 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.62 | | $8,028.22 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.53 | | $8,028.75 |
| 04/02/2009 | | Transfer From Acct#******6591 | | 9999-000 | $5.83 | | $8,034.58 |
| 04/02/2009 | | Transfer To # ******6591 | Transfer For Bond Payment | 9999-000 | | $5.83 | $8,028.75 |
| 04/02/2009 | | Transfer To # ******6591 | Transfer For Bond Payment | 9999-000 | | $5.83 | $8,022.92 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.33 | | $8,023.25 |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.34 | | $8,023.59 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.33 | | $8,023.92 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.34 | | $8,024.26 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.34 | | $8,024.60 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.33 | | $8,024.93 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.34 | | $8,025.27 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.33 | | $8,025.60 |
| | | | **SUBTOTALS** | | $8,037.26 | $11.66 | |

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3     Exhibit B

| Case No. | 07-16591 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | SHIELDS, HENRY | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8580 | | | Money Market Acct #: | ******6591 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 9/12/2007 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/16/2010 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.34 | | $8,025.94 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.34 | | $8,026.28 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.31 | | $8,026.59 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.34 | | $8,026.93 |
| 04/28/2010 | | Transfer To # ******6591 | Transfer For Bond Payment | 9999-000 | | $6.88 | $8,020.05 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.33 | | $8,020.38 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.34 | | $8,020.72 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.33 | | $8,021.05 |

|  |  |  |  |
|---|---|---|---|
| TOTALS: | $8,039.59 | $18.54 | $8,021.05 |
| Less: Bank transfers/CDs | $5.83 | $18.54 | |
| Subtotal | $8,033.76 | $0.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $8,033.76 | $0.00 | |

| For the period of 9/12/2007 to 7/16/2010 | | For the entire history of the account between 01/07/2008 to 7/16/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,033.76 | Total Compensable Receipts: | $8,033.76 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,033.76 | Total Comp/Non Comp Receipts: | $8,033.76 |
| Total Internal/Transfer Receipts: | $5.83 | Total Internal/Transfer Receipts: | $5.83 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $18.54 | Total Internal/Transfer Disbursements: | $18.54 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-16591 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | SHIELDS, HENRY | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8580 | | Money Market Acct #: | ******6591 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/12/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/16/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $8,033.76 | $12.71 | $8,021.05 |

**For the period of 9/12/2007 to 7/16/2010**

| | |
|---|---|
| Total Compensable Receipts: | $8,033.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,033.76 |
| Total Internal/Transfer Receipts: | $24.37 |
| | |
| Total Compensable Disbursements: | $12.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12.71 |
| Total Internal/Transfer Disbursements: | $24.37 |

**For the entire history of the case between 09/12/2007 to 7/16/2010**

| | |
|---|---|
| Total Compensable Receipts: | $8,033.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,033.76 |
| Total Internal/Transfer Receipts: | $24.37 |
| | |
| Total Compensable Disbursements: | $12.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12.71 |
| Total Internal/Transfer Disbursements: | $24.37 |

CLAIM ANALYSIS REPORT                                                                 Page No: 1                Exhibit C

| Case No. | 07-16591 | | | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | SHIELDS, HENRY | | | | | | | | Date: | 7/16/2010 |
| Claims Bar Date: | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX, JR.<br><br>6 East Monroe<br>Suite 1004<br>Chicago IL 60603 | 05/02/2010 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,553.38 | $1,553.38 | $0.00 | $0.00 | $0.00 | $1,553.38 |
| | POPOWCER KATTEN, LTD.<br><br>35 E. Wacker, #1550<br>Chicago IL 60601-2207 | 06/24/2010 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $946.00 | $946.00 | $0.00 | $0.00 | $0.00 | $946.00 |
| | SMITHAMUNDSEN LLC<br><br>150 N. Michigan #3300<br>Chicago IL 60601 | 05/20/2009 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $2,240.00 | $2,240.00 | $0.00 | $0.00 | $0.00 | $2,240.00 |
| 1 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF HSBC<br>HSBC Bank Nevada NA / HSBC Card Services III<br>POB 35480<br>Newark NJ 071935480 | 01/16/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $7,857.31 | $7,857.31 | $7,857.31 | $0.00 | $0.00 | $0.00 | $7,857.31 |

**Claim Notes:** HSBC assigned claim to e cast

| | | | | | | **$12,596.69** | **$12,596.69** | **$0.00** | **$0.00** | **$0.00** | **$12,596.69** |

Page No: 2     Exhibit C

**CLAIM ANALYSIS REPORT**

| Case No. | 07-16591 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | SHIELDS, HENRY | | Date: | 7/16/2010 |
| Claims Bar Date: | | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) | $946.00 | $946.00 | $0.00 | $0.00 | $0.00 | $946.00 |
| Attorney for Trustee Fees (Other Firm) | $2,240.00 | $2,240.00 | $0.00 | $0.00 | $0.00 | $2,240.00 |
| General Unsecured 726(a)(2) | $7,857.31 | $7,857.31 | $0.00 | $0.00 | $0.00 | $7,857.31 |
| Trustee Compensation | $1,553.38 | $1,553.38 | $0.00 | $0.00 | $0.00 | $1,553.38 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      07-16591
Case Name:     HENRY SHIELDS
Trustee Name:  Horace Fox, Jr.

Claims of secured creditors will be paid as follows: NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee, Horace Fox, Jr. | $1,553.38 | $0.00 |
| Attorney for Trustee, SmithAmundsen LLC | $2,240.00 | $0.00 |
| Accountant for Trustee, Popowcer Katten, Ltd. | $946.00 | $0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $7,857.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 41.8%.

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Proposed Amount |
|---|---|---|---|
| 1 | eCAST Settlement Corporation assignee of HSBC | $7,857.31 | $3,281.67 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0%.

Tardily filed general (unsecured) claims are as follows: NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0%.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $0.00.