**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 07-16591 |
| | § | |
| HENRY SHIELDS | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 S. Dearborn, Room 713, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 on 8/10/2010, in Courtroom 644, United States Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  07/16/2010          By:  /s/ Horace Fox, Jr.
                                        (Trustee)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

**UST-Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 07-16591 |
| | § | |
| HENRY SHIELDS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $8,033.76
*and approved disbursements of*     $12.71
*leaving a balance on hand of[1]:*     $8,021.05

Claims of secured creditors will be paid as follows: NONE

Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---:|---:|
| Trustee, Horace Fox, Jr. | $1,553.38 | $0.00 |
| Attorney for Trustee, SmithAmundsen LLC | $2,240.00 | $0.00 |
| Accountant for Trustee, Popowcer Katten, Ltd. | $946.00 | $0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of additional interest

**UST-Form 101-7-NFR (9/1/2009)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $7,857.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 41.8%.

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Proposed Amount |
|---|---|---|---|
| 1 | eCAST Settlement Corporation assignee of HSBC | $7,857.31 | $3,281.67 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0%.

Tardily filed general (unsecured) claims are as follows: NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0%.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $0.00.

Prepared By:  /s/ Horace Fox, Jr.
              Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mflowers               Page 1 of 1        Date Rcvd: Jul 19, 2010
Case: 07-16591                Form ID: pdf006              Total Noticed: 20
```

The following entities were noticed by first class mail on Jul 21, 2010.
```
db              Henry Shields,    11003 Parkside Ave.,    Chicago Ridge, IL  60415-2430
aty            +Bruce E de'Medici,    333 W. Wacker Drive,    #300,   Chicago, IL 60606-1252
aty            +Deborah K Ebner,    Law Office of Deborah Kanner Ebner,    11 E Adams St Ste 904,
                 Chicago, IL 60603-6306
aty            +James J Burns, JR,    Burns & Wincek,    53 West Jackson,    Suite 909,   Chicago, IL 60604-3837
11604674       +Arrow Financial Services,    c/o Bronson & Migliaccio,    799 Roosevelt Rd., Bldg 316A,
                 Glen Ellyn, IL 60137-5908
11604675        Best Buy,   c/o Bass & Associates,    3936 E. Fort Lowell Rd., Ste 200,    Tucson, AZ 85712-1083
11604676        Capital One,    PO Box 60024,    City Of Industry, CA 91716-0024
11604677       +Citi Financial Retail Services,    PO Box 22060,    Tempe, AZ 85285-2060
11604678       +Client Services, Inc.,    3451 Harry S. Truman Blvd.,    Saint Charles, MO 63301-9816
11604679       +Diversified Consultants,    PO Box 551268,    Jacksonville, FL 32255-1268
11604680       +ERS,    800 SW 39th St.,    PO Box 9004,    Renton, WA 98057-9004
11604681       +First American Bank,    15 Riverside Road,    Riverside, IL 60546-2298
11604682       +GM Card,    PO Box 37287,    Baltimore, MD 21297-3287
11604683       +HSBC Auto Finance,    941 Corporate Center Drive,    Pomona, CA 91768-2642
11604686        NCO Financial Systems,    PO Box 15740,    Wilmington, DE 19850-5740
11604687       +Trace Ambulence Inc.,    PO Box 264,    Bedford Park, IL 60499-0264
11604688        Wells Fargo Home Mortgage,    PO Box 14411,    Des Moines, IA 50306-3411
11877805        eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC,    Card Services III,
                 POB 35480,    Newark NJ 07193-5480
```
The following entities were noticed by electronic transmission on Jul 19, 2010.
```
tr             +E-mail/Text: HFOX@LEHMANFOX.COM                            Horace Fox, JR,    Lehman & Fox,
                 6 E Monroe St,    Chicago, IL 60603-2704
11604673       +E-mail/Text: roy.buchholz@allianceoneinc.com                           Alliance One,
                 4850 Street Road.,    Suite 300,    Trevose, PA 19053-6643
                                                                                              TOTAL: 2
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Lois West
aty             Popowcer Katten Ltd
aty*           +Horace Fox, JR,    Lehman & Fox,    6 E Monroe St,    Chicago, IL 60603-2704
11604684       ##HSBC Bank Nevada N.A>,    c/o TDM Client Account,    PO Box 326,    Columbus, GA 31902-0326
11604685       ##+MRS Associates,    3 Executive Campus, Ste 400,    Cherry Hill, NJ 08002-4103
                                                                                   TOTALS: 2, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 21, 2010**                    **Signature:**    *Joseph Speetjens*