UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 07-16591 |
| | § | |
| HENRY SHIELDS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $298,675.00 | Assets Exempt: | $36,600.00 |
| Total Distributions to Claimants: | $3,282.17 | Claims Discharged Without Payment: | $99,078.56 |
| Total Expenses of Administration: | $4,752.09 | | |

3) Total gross receipts of $8,034.26 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $8,034.26 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $222,810.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $4,752.09 | $4,752.09 | $4,752.09 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $102,360.73 | $7,857.31 | $7,857.31 | $3,282.17 |
| **Total Disbursements** | $325,170.73 | $12,609.40 | $12,609.40 | $8,034.26 |

4). This case was originally filed under chapter 7 on 09/12/2007. The case was pending for 37 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/01/2010            By:   /s/ Horace Fox, Jr.
                                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 11003 S. ParksideChicago Ridge, IL 60415-2430Single family residence | 1110-000 | $8,000.00 |
| Interest Earned | 1270-000 | $34.26 |
| **TOTAL GROSS RECEIPTS** | | **$8,034.26** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Auto Finance | 4110-000 | $23,000.00 | NA | $0.00 | $0.00 |
| | Wells Fargo Home Mortgage | 4110-000 | $199,810.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$222,810.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $1,553.38 | $1,553.38 | $1,553.38 |
| International Sureties, LTD. | 2300-000 | NA | $12.71 | $12.71 | $12.71 |
| Law Office of Bruce De'Medici, Attorney for Trustee | 3210-000 | NA | $2,240.00 | $2,240.00 | $2,240.00 |
| Popowcer Katten, Ltd., Accountant for Trustee | 3410-000 | NA | $946.00 | $946.00 | $946.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$4,752.09** | **$4,752.09** | **$4,752.09** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | eCAST Settlement Corporation assignee of HSBC | 7100-000 | $7,857.31 | $7,857.31 | $7,857.31 | $3,282.17 |
| | Alliance One | 7100-000 | $12,443.31 | NA | NA | $0.00 |
| | Arrow Financial Services | 7100-000 | $3,683.35 | NA | NA | $0.00 |
| | Best Buy | 7100-000 | $3,615.80 | NA | NA | $0.00 |
| | Capital One | 7100-000 | $18,097.12 | NA | NA | $0.00 |
| | Citi Financial Retail Services | 7100-000 | $7,120.79 | NA | NA | $0.00 |
| | Client Services, Inc. | 7100-000 | $7,478.63 | NA | NA | $0.00 |
| | Diversified Consultants | 7100-000 | $646.96 | NA | NA | $0.00 |
| | ERS | 7100-000 | $689.39 | NA | NA | $0.00 |
| | First American Bank | 7100-000 | $165.12 | NA | NA | $0.00 |
| | GM Card | 7100-000 | $7,185.12 | NA | NA | $0.00 |
| | MRS Associates | 7100-000 | $20,504.52 | NA | NA | $0.00 |
| | NCO Financial Systems | 7100-000 | $12,443.31 | NA | NA | $0.00 |
| | Trace Ambulence Inc. | 7100-000 | $430.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $102,360.73 | $7,857.31 | $7,857.31 | $3,282.17 |

**UST Form 101-7-TDR (10/1/2010)**

Case 07-16591 Doc 42 Filed 11/12/10 Entered 11/12/10 16:25:28 Desc Main
Document Page 5 of 11

FORM 1

Page No: 1    Exhibit 8

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 07-16591 | | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|---|
| Case Name: | SHIELDS, HENRY | | | | Date Filed (f) or Converted (c): | 09/12/2007 (f) |
| For the Period Ending: | 11/1/2010 | | | | §341(a) Meeting Date: | 10/15/2007 |
| | | | | | Claims Bar Date: | 02/09/2008 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 11003 S. Parkside<br>Chicago Ridge, IL 60415-2430<br>Single family residence | $272,000.00 | $0.00 | DA | $8,000.00 | FA |
| 2 | Checking account | $150.00 | $0.00 | DA | $0.00 | FA |
| 3 | 7 rooms of furniture; 2 bedroom sets, living room set, dining room set, 3 televisions | $5,000.00 | $1,150.00 | DA | $0.00 | FA |
| 4 | men's clothing | $200.00 | $0.00 | DA | $0.00 | FA |
| 5 | Fishing equipment | $400.00 | $400.00 | DA | $0.00 | FA |
| 6 | Workers Compensation Claim | Unknown | Unknown | DA | $0.00 | FA |
| Asset Notes: | debtor keeps 100% of worker's comp claim | | | | | |
| 7 | Personal Injury Claim | Unknown | Unknown | DA | $0.00 | FA |
| Asset Notes: | Claim could be worth more than exemption. Need detail. Debtor is deceased. PI claim aggravated a previously injury. There is no evidence deposition. Only witnesses are Mexican national who may be out of the country and employee. | | | | | |
| 8 | 2002 Chevrolet Camaro 13,000 miles<br>Co-owned with son John Garcia | $20,725.00 | $0.00 | DA | $0.00 | FA |
| 9 | lawnmower, snowblower | $200.00 | $200.00 | DA | $0.00 | FA |
| INT | Interest Earned (u) | | Unknown | Unknown | $34.26 | FA |

**TOTALS (Excluding unknown value)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Gross Value of Remaining Assets**

　　　　　　　　　　　　　　$298,675.00　　　　　$1,750.00　　　　　　　　　　　　$8,034.26　　　　　　　　　　　$0.00

**Major Activities affecting case closing:**

Debtor has agreed to purchase the estate's equity in his residence. File motion to approve. Debtor purchased the estates interest in his residence at 11003 Parkside Avenue Chicago Ridge 60415. Recieved and deposited the funds.

Called debtor's attorney re info on PI case again.

Do not need acct. No taxable event.

Debtor is deceased. Got number and name of pi attorney to evaluate that claim, Ron Loras 312-782-0041. Faxed letter requesting evaluation of pi case to Mr. Loras fax # 641-0124.

10.30.08

Updated File up to 7/15/08. Review claims.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2    Exhibit 8

| Case No.: | 07-16591 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | SHIELDS, HENRY | | | Date Filed (f) or Converted (c): | 09/12/2007 (f) |
| For the Period Ending: | 11/1/2010 | | | §341(a) Meeting Date: | 10/15/2007 |
| | | | | Claims Bar Date: | 02/09/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Review claims.

Hire Lois West, accontant. 3.30.10

Assests collected. Examine claims. Hire accountant.

Asked Lois West to represent me. No need to file objection. 5.27.10 Accountant hired.

6.26.10 Ready to prepare final report, taxes prepared and filed.

07.01.10. final report filed and heard on 8.16.10.

Zero balance bank accounts. Final account ready.

**Initial Projected Date Of Final Report (TFR):**    06/30/2010        **Current Projected Date Of Final Report (TFR):**    06/30/2010

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-16591 | | | Trustee Name: | Horace Fox, Jr. |
| --- | --- | --- | --- | --- | --- |
| Case Name: | SHIELDS, HENRY | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8580 | | | Checking Acct #: | ******6591 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 9/12/2007 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/1/2010 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/02/2009 | | Transfer From # ******6591 | Transfer For Bond Payment | 9999-000 | $5.83 | | $5.83 |
| 04/02/2009 | | Transfer From # ******6591 | Transfer For Bond Payment | 9999-000 | $5.83 | | $11.66 |
| 04/02/2009 | | Transfer To Acct#******6591 | transfer for bond payment | 9999-000 | | $5.83 | $5.83 |
| 04/02/2009 | 2001 | International Sureties, LTD. | Bond Payment | 2300-000 | | $5.83 | $0.00 |
| 04/02/2009 | 2001 | VOID: International Sureties, LTD. | voided bond payment | 2300-003 | | ($5.83) | $5.83 |
| 04/02/2009 | 2002 | International Sureties, LTD. | Bond Payment | 2300-000 | | $5.83 | $0.00 |
| 04/28/2010 | | Transfer From # ******6591 | Transfer For Bond Payment | 9999-000 | $6.88 | | $6.88 |
| 04/28/2010 | 2003 | International Sureties, LTD. | Bond Payment | 2300-000 | | $6.88 | $0.00 |
| 08/16/2010 | | Transfer From: # ******6591 | Transfer to Close Account | 9999-000 | $8,021.55 | | $8,021.55 |
| 08/16/2010 | 2004 | SmithAmundsen LLC | Final Dividend: 27.92; Amount Allowed: 2,240.00; | 3210-000 | | $2,240.00 | $5,781.55 |
| 08/16/2010 | 2004 | VOID: SmithAmundsen LLC | Voided to check to change check from Smith Amundsen LLC to Law Office of Bruce de'Medici | 3210-003 | | ($2,240.00) | $8,021.55 |
| 08/16/2010 | 2005 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $1,553.38 | $6,468.17 |
| 08/16/2010 | 2006 | Popowcer Katten, Ltd. | Final Dividend: 11.79; Amount Allowed: 946.00; | 3410-000 | | $946.00 | $5,522.17 |
| 08/16/2010 | 2007 | eCAST Settlement Corporation assignee of HSBC | Final Claim #: 1; Dividend: 40.91; Amount Allowed: 7,857.31; | 7100-000 | | $3,282.17 | $2,240.00 |
| 08/16/2010 | 2008 | Law Office of Bruce De'Medici | final attorney fees | 3210-000 | | $2,240.00 | $0.00 |

**SUBTOTALS** $8,040.09    $8,040.09

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-16591 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | SHIELDS, HENRY | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8580 | | Checking Acct #: | ******6591 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/12/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/1/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $8,040.09 | $8,040.09 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  |  | **Less: Bank transfers/CDs** |  | $8,040.09 | $5.83 | |
|  |  |  | **Subtotal** |  | $0.00 | $8,034.26 | |
|  |  |  | **Less: Payments to debtors** |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $0.00 | $8,034.26 | |

| For the period of **9/12/2007** to **11/1/2010** | | For the entire history of the account between **03/31/2008** to **11/1/2010** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $8,040.09 | Total Internal/Transfer Receipts: | $8,040.09 |
| | | | |
| Total Compensable Disbursements: | $8,034.26 | Total Compensable Disbursements: | $8,034.26 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,034.26 | Total Comp/Non Comp Disbursements: | $8,034.26 |
| Total Internal/Transfer Disbursements: | $5.83 | Total Internal/Transfer Disbursements: | $5.83 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 07-16591 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | SHIELDS, HENRY | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8580 | | | Money Market Acct #: | ******6591 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 9/12/2007 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/1/2010 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/07/2008 | (1) | Lourdes Mancera C/O Deborah K.Ebner | Real Estate Address: 11003 S. Parkside Chicago Ridge,IL 60415 | 1110-000 | $8,000.00 | | $8,000.00 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $2.69 | | $8,002.69 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $3.17 | | $8,005.86 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $3.11 | | $8,008.97 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $2.63 | | $8,011.60 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $2.71 | | $8,014.31 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $2.63 | | $8,016.94 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $2.52 | | $8,019.46 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $2.04 | | $8,021.50 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $1.97 | | $8,023.47 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $1.56 | | $8,025.03 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.03 | | $8,026.06 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.86 | | $8,026.92 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.68 | | $8,027.60 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.62 | | $8,028.22 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.53 | | $8,028.75 |
| 04/02/2009 | | Transfer From Acct#******6591 | | 9999-000 | $5.83 | | $8,034.58 |
| 04/02/2009 | | Transfer To # ******6591 | Transfer For Bond Payment | 9999-000 | | $5.83 | $8,028.75 |
| 04/02/2009 | | Transfer To # ******6591 | Transfer For Bond Payment | 9999-000 | | $5.83 | $8,022.92 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.33 | | $8,023.25 |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.34 | | $8,023.59 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.33 | | $8,023.92 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.34 | | $8,024.26 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.34 | | $8,024.60 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.33 | | $8,024.93 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.34 | | $8,025.27 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.33 | | $8,025.60 |
| | | | **SUBTOTALS** | | $8,037.26 | $11.66 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 07-16591 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | SHIELDS, HENRY | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8580 | Money Market Acct #: | ******6591 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/12/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/1/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.34 | | $8,025.94 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.34 | | $8,026.28 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.31 | | $8,026.59 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.34 | | $8,026.93 |
| 04/28/2010 | | Transfer To # ******6591 | Transfer For Bond Payment | 9999-000 | | $6.88 | $8,020.05 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.33 | | $8,020.38 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.34 | | $8,020.72 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.33 | | $8,021.05 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.34 | | $8,021.39 |
| 08/16/2010 | (INT) | STERLING BANK | Account Closing Interest As Of 8/16/2010 | 1270-000 | $0.16 | | $8,021.55 |
| 08/16/2010 | | Transfer To: # ******6591 | Transfer to Close Account | 9999-000 | | $8,021.55 | $0.00 |
| | | | **TOTALS:** | | $8,040.09 | $8,040.09 | $0.00 |
| | | | Less: Bank transfers/CDs | | $5.83 | $8,040.09 | |
| | | | Subtotal | | $8,034.26 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $8,034.26 | $0.00 | |

| For the period of 9/12/2007 to 11/1/2010 | | For the entire history of the account between 01/07/2008 to 11/1/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,034.26 | Total Compensable Receipts: | $8,034.26 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,034.26 | Total Comp/Non Comp Receipts: | $8,034.26 |
| Total Internal/Transfer Receipts: | $5.83 | Total Internal/Transfer Receipts: | $5.83 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $8,040.09 | Total Internal/Transfer Disbursements: | $8,040.09 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-16591 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | SHIELDS, HENRY | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8580 | Money Market Acct #: | ******6591 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/12/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/1/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $8,034.26 | $8,034.26 | $0.00 |

**For the period of 9/12/2007 to 11/1/2010**

| | |
|---|---|
| Total Compensable Receipts: | $8,034.26 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,034.26 |
| Total Internal/Transfer Receipts: | $8,045.92 |
| | |
| Total Compensable Disbursements: | $8,034.26 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,034.26 |
| Total Internal/Transfer Disbursements: | $8,045.92 |

**For the entire history of the case between 09/12/2007 to 11/1/2010**

| | |
|---|---|
| Total Compensable Receipts: | $8,034.26 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,034.26 |
| Total Internal/Transfer Receipts: | $8,045.92 |
| | |
| Total Compensable Disbursements: | $8,034.26 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,034.26 |
| Total Internal/Transfer Disbursements: | $8,045.92 |